7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Ewan Dewan Burnham and Tamikanicole Lashaun Burnham
*Debtor*

*Bankruptcy Case No.*
11–45442–can7

**Erlene Krigel**
    Plaintiff(s)

*Adversary Case No.*
13–04030–can

v.

**Ewan Dewan Burnham**
**Tamikanicole Lashaun Burnham**
    Defendant(s)

## JUDGMENT

      The issues of this proceeding having been duly considered by the Honorable Cynthia A. Norton , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: 1.The Defendants are ordered to pay to Plaintiff the amount of $4,437.98, being $2,984.50 for the non–exempt portion of the 2011 tax refunds, $1,160.48 in attorneys fees and expenses expended by the Plaintiff in pursing this action, and $293.00 in Court costs associated with this action.
2.Pursuant to 11 U.S.C. § 727(a)(2), the Defendants discharge is hereby denied.
3. This Judgment is a final judgment for purposes of execution.



Ann Thompson
Court Executive

By: /s/ Jamie McAdams
    Deputy Clerk

Date of issuance: 5/17/13

Court to serve